1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  EFREN PARRA,                          )  Case No. 2:19-cv-01180-RSWL-JC
                                         )
12                      Petitioner,       )
                                         )  ORDER ACCEPTING FINDINGS,
13            v.                          )  CONCLUSIONS, AND
                                         )  RECOMMENDATIONS OF
14  WARDEN CALIPATRIA STATE              )  UNITED STATES MAGISTRATE
    PRISON                               )  JUDGE
15                                       )
                                         )
16                      Respondent.       )
17  _____

18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
20  Habeas Corpus by a Person in State Custody  ("Petition") and all of the records
21  herein, including the October 29, 2021 Report and Recommendation of United
22  States Magistrate Judge ("Report and Recommendation").  The Court approves
23  and accepts the Report and Recommendation.
24        IT IS HEREBY ORDERED that the Petition is denied on the merits, this
25  action is dismissed with prejudice and Judgment be entered accordingly.
26  ///
27  ///
28  ///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2  the Judgment herein on petitioner and counsel for respondent.

3      IT IS SO ORDERED.

4

5  DATED: January 19, 2022

6

7                  /s/ RONALD S.W. LEW

8                  HONORABLE RONALD S.W. LEW

9                  SENIOR UNITED STATES DISTRICT JUDGE

2