# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREN PARRA,<br><br>　　　　　Petitioner,<br>　　v.<br><br>WARDEN CALIPATRIA STATE PRISON<br><br>　　　　　Respondent. | Case No. 2:19-cv-01180-RSWL-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied on the merits and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: January 19, 2022

　　　　　　　　　　　　/s/ RONALD S.W. LEW
　　　　　　　　　　　　_____
　　　　　　　　　　　　HONORABLE RONALD S.W. LEW
　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE